IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| **TRINA DAVIS, on behalf of herself and all others similarly situated,** : : : **Plaintiff,** : : **v.** : : **HAWTHORNE RESIDENTIAL PARTNERS, LLC, a Foreign Limited Liability Company,** : : : **Defendant.** : _____ : | 3:19-CV-51 (CAR) |

**ORDER ON JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT AGREEMENT**

Currently before the Court is the parties' Joint Motion for Approval of FLSA Settlement [Doc. 15]. Plaintiff filed this suit under the Fair Labor Standards Act, 29 U.S.C. § 216(b) ("FLSA"), and as such, any settlement must be approved by this Court.[1]  In this Motion, the parties submit that they have reached a Settlement Agreement and request that the Court approve the settlement.  The parties attest to the fairness and reasonableness of their settlement, having agreed to the terms of the settlement after they were counseled by their respective attorneys who

---

[1] *Lynn's Food Stores, Inc. v. United States ex rel. U.S. Dep't of Labor*, 679 F.2d 1350 (11th Cir. 1982).

1

represented them throughout this action. Having duly considered the matter, the Court hereby **GRANTS** the parties' Motion [Doc. 15]. The Court hereby approves the parties' Settlement Agreement, approves the proposed Notice of Settlement to Potential Collective Action Members, approves the Consent to Opt In to Settlement, approves the Claimant Settlement Agreement and Release, and approves the proposed schedule for effecting the proposed settlement and resolution of this action.

**SO ORDERED** this 8th day of July, 2020.

s/C. Ashley Royal_____  
C. ASHLEY ROYAL SENIOR JUDGE  
UNITED STATES DISTRICT COURT