IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| TRINA DAVIS, on behalf of herself and all others similarly situated, | * |
| | * |
| Plaintiff, | Case No. 3:19-cv51-CAR |
| v. | * |
| HAWTHORNE RESIDENTIAL PARTNERS, LLC, | * |
| | * |
| Defendant. | |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 11, 2020, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 11th day of September, 2020.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk